# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARGARET NORTH,**

           **Plaintiff,**

**-vs-**                                             **Case No. 6:08-cv-2020-Orl-31DAB**

**PRECISION AIRMOTIVE CORPORATION; PRECISION AIRMOTIVE, LLC; and PRECISION AIR, INC.,**

           **Defendants.**

## ORDER

After extensive review of Defendant Precision Airmotive's Motion to Exclude Plaintiff's Experts' Opinions (Doc. 108), the Plaintiff's response (Doc. 124), and the reply (Doc. 138), as well as the testimony (both in court and in their depositions) of Donald Sommer and Richard McSwain, their reports and accompanying exhibits, as well as the arguments of counsel, the Court concludes that the motion must be denied. At this stage of the proceeding, Plaintiff's proposed evidence withstands *in limine* scrutiny under Fed.R.Evid. 702. It is, therefore

**ORDERED** that Defendant Precision Airmotive's Motion to Exclude Plaintiff's Experts' Opinions (Doc. 108) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 15, 2011.

                                                            GREGORY A. PRESNELL
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party